# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00164-CV

### C. C., Appellant

### v.

### Texas Department of Family and Protective Services, Appellee

---

#### FROM THE 146TH DISTRICT COURT OF BELL COUNTY
#### NO. 315,071-B, THE HONORABLE CHRISTOPHER L. CORNISH, JUDGE PRESIDING

---

## O R D E R

**PER CURIAM**

Appellant C. C. filed her notice of appeal on April 1, 2021. The appellate record was complete on April 14, 2021, making appellant's brief due on May 4, 2021. On May 4, 2021, counsel for appellant filed a motion for extension of time to file appellant's brief.

The rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule constrains this Court's leeway in granting extensions. In this instance, we will grant the motion and order Yolanda Cortes Mares to file appellant's brief no later than May 24, 2021. If the brief is not filed by that date, counsel may be required to show cause why she should not be held in contempt of court.

It is ordered on May 10, 2021.

Before Chief Justice Byrne, Justices Baker and Smith